AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| RIGOBERTO BENITEZ <br> *Plaintiff* <br> v. <br> TOWN SPORTS INTERNATIONAL, LLC <br> *Defendant* | Case No.   09-CV-5174 (KAM)(MDG) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Town Sports International, LLC

Date:   01/22/2010

*Attorney's signature*

Brian J. Turoff (BT 9234)
*Printed name and bar number*

Bryan Cave LLP
1290 Avenue of the Americas
New York, New York  10104

*Address*

brian.turoff@bryancave.com
*E-mail address*

(212) 541-2000
*Telephone number*

(212) 261-9869
*FAX number*