

Heather S. Goldman
Direct: (212) 541-3050
Fax: (212) 541-1450
heather.goldman@bryancave.com

June 4, 2010

**FILED BY ECF**

Magistrate Judge Marilyn D. Go
United States District Court
225 Cadman Plaza East, Room 1214 S
Brooklyn, New York  11201

    Re:    <u>Rigoberto Benitez v. Town Sports International, LLC</u>,
              09-cv-5174(KAM)(MDG)

Dear Judge Go:

As you are aware, this firm is counsel to Defendant Town Sports International, LLC ("Defendant") in the above-referenced matter.  Through this letter, and per the Court's request, Defendant respectfully advises the Court of the status of this matter.

Counsel for the parties have come to an agreement on the terms of the Settlement Agreement and Release (the "Agreement").  The parties have signed the Agreement and expect to file a Stipulation of Dismissal in the next week or two.

Thank you for your time and attention to this matter.

Very truly yours,

*Heather S. Goldman*
Heather S. Goldman

cc:    David Abrams, Esq (*via ECF*)

Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104-3300
Tel (212) 541-2000
Fax (212) 541-4630
www.bryancave.com

**Bryan Cave Offices**
Atlanta
Charlotte
Chicago
Dallas
Hamburg
Hong Kong
Irvine
Jefferson City
Kansas City
London
Los Angeles
Milan
New York
Paris
Phoenix
San Francisco
Shanghai
St. Louis
Washington, DC

**Bryan Cave International Trade**
*A TRADE CONSULTING SUBSIDIARY OF NON-LAWYER PROFESSIONALS*
www.bryancavetrade.com
Bangkok
Beijing
Jakarta
Kuala Lumpur
Manila
Shanghai
Singapore
Tokyo

**Bryan Cave Strategies**
*A GOVERNMENT RELATIONS AND POLITICAL AFFAIRS SUBSIDIARY*
www.bryancavestrategies.com
Washington, DC
St. Louis